**MEMO ENDORSED**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street
New York, New York 10007

September 17, 2020

The application is  X granted,
___ denied.

Nelson S. Román, U.S.D.J.
Dated: 9/21/2020
White Plains, New York 10601

Clerk of Court requested to terminate the motion (doc. 5).

**By ECF**
Hon. Nelson S. Román
United States Courthouse
300 Quarropas Street
White Plains, NY 1001

Re:   *U.S. Dep't of Housing & Urban Dev. v. McFall,* 20 CV 6685 (NSR)

Dear Judge Román:

This Office represents the U.S. Department of Housing and Urban Development ("HUD") in this appeal from the Bankruptcy Court of the Southern District of New York. HUD, a creditor, is appealing orders granting the debtor/appellee's motion to reduce the value of HUD's secured claim to zero, denying HUD's motion for reconsideration of that order, and approving the debtor's chapter 13 plan over HUD's objection.

On consent, I write respectfully to request a seven-day extension of the deadline to file HUD's appellate brief, from September 21 to September 28, 2020, with a corresponding adjustment of the remaining briefing schedule. Preparation of HUD's brief has been delayed by August vacations and the start of online schooling for my children. This is HUD's first request for a change to the briefing schedule. The debtor/appellee consents to the request.

Respectfully,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By:   /s/ *Brandon Cowart*
BRANDON H. COWART
Assistant United States Attorney
Telephone: (212) 637-2693
Email: brandon.cowart@usdoj.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/2020

cc:   All parties (by ECF)