

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 24, 2020

The application is granted. The Court kindly requests the Clerk of the Court to terminate the motion at ECF No. 7.

**By ECF**
Hon. Nelson S. Román
United States Courthouse
300 Quarropas Street
White Plains, NY 1001

Dated: 9/25/2020
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED

Re:   *U.S. Dep't of Housing & Urban Dev. v. McFall,* 20 CV 6685 (NSR)

Dear Judge Román:

This Office represents the U.S. Department of Housing and Urban Development ("HUD") in this appeal from the Bankruptcy Court of the Southern District of New York. HUD, a creditor, is appealing orders granting the debtor/appellee's motion to reduce the value of HUD's secured claim to zero, denying HUD's motion for reconsideration of that order, and approving the debtor's chapter 13 plan over HUD's objection.

On consent, I write respectfully to request a two-day extension of the deadline to file HUD's appellate brief, from September 28 to September 30, 2020, with a corresponding adjustment of the remaining briefing schedule. On September 21, the Court granted HUD's request to extend the filing deadline from September 21 to September 28. In making that request, I inadvertently scheduled the filing deadline to fall on Yom Kippur. In light of the holiday, I respectfully request that the filing due date be extended to September 30. The debtor/appellee consents to the request.

Respectfully,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/2020

By:   /s/ *Brandon Cowart*
BRANDON H. COWART
Assistant United States Attorney
Telephone: (212) 637-2693
Email: brandon.cowart@usdoj.gov

cc:   All parties (by ECF)